UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| KARL LINARD MALLOY, | ) Case No. 23-33442-KRH |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

ORDER APPROVING FIRST INTERIM APPLICATION
FOR ALLOWANCE OF COMPENSATION AND EXPENSE
REIMBURSEMENT OF VOGEL LAW GROUP, PLC

This matter came before the Court upon Vogel Law Group, PLC's First Interim Application for Allowance of Compensation and Expense Reimbursement as Counsel to the Trustee (the "**First Interim Fee Application**").  The Court, having reviewed and considered the First Interim Fee Application, the Debtor's Objections to First Interim Application for Allowance of Compensation and Expense Reimbursement of Vogel Law Group, PLC (ECF No. 955)(the "**Debtor's Objections**"), the Response to Debtor's Objections to First Interim Application for Allowance of Compensation and Expense Reimbursement of Vogel Law Group, PLC (ECF No. 958) (the "**Response**"), and the Debtor's Reply in Further Support of Objections to First Interim Application for Allowance of Compensation and Expense Reimbursement of Vogel Law Group, PLC (ECF No. 959) (the "**Debtor's Reply**") and having heard the statements of Vogel Law Group and the Debtor in support of and against the relief requested in the First Interim Fee Application

---

Christian K. Vogel (VSB No. 75537)
Vogel Law Group, PLC
513 Forest Ave., Suite 205
Richmond, VA 23294
(804) 728-1574
kvogel@vogellawgroup.com
   *Counsel for William A. Broscious, Trustee*

and the testimony of William A. Broscious, Trustee, at the December 18, 2025, hearing on the First Interim Fee Application (the "**Hearing**") and the Court finding that: (i) jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) notice of the First Interim Fee Application and Hearing was proper and sufficient; (iv) the fees and expenses in the First Interim Fee Application were for the services actually performed by Vogel Law Group at the request and instructions of the Trustee and were reasonable and necessary in light of the Trustee's duties on behalf and for the benefit of the Estate, specifically including those services related to the inspections of the Debtor's property by Kristen Schelin and Mark Watson as they concerned and related to the analysis and mitigation of claims against the Estate and were legal in nature, and (v) the fact that Ms. Schelin and Mr. Watson ultimately decided against closing on their purchase rights under the [contract] (as merged into the specific performance award of the state court) does not negate the reasonableness and necessity of the services provided by Vogel Law Group on behalf of the Trustee for the benefit of the Estate and such services, in fact, benefitted the Estate notwithstanding the absence of a closing; it is hereby

ORDERED as follows:

1. Pursuant to 11 U.S.C. §§ 330 and 331, the First Interim Fee Application is approved on an interim basis.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the First Fee Application.

3. Compensation in the amount of $65,920.00 for professional services rendered to the Trustee by Vogel Law Group and reimbursement of $604.52 for out-of-pocket expenses

incurred by Vogel Law Group between May 23, 2025, and November 12, 2025, are hereby approved on an interim basis.

4. The Trustee is authorized to pay the fees and expenses awarded herein.

Dec 22 2025

ENTERED:

Dec 23 2025

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Christian K. Vogel
Christian K. Vogel (Virginia Bar No. 75537)
Vogel Law Group, PLC
513 Forest Ave., Suite 205
Richmond, VA 23229
(804) 728-1574
kvogel@vogellawgroup.com

*Counsel for William A Broscious, Trustee*

SEEN AND NO OBJECTION:

/s/ Michael T. Freeman (with permission by e-mail dated 12.19.25)
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310

## RULE 9022-1 CERTIFICATION

Pursuant to LBR 9022-1, I hereby certify that true copies of the foregoing has been endorsed by and/or served upon all necessary parties.

/s/ Christian K. Vogel
Counsel